**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOANNA CHENG, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>   v.<br><br>NORDSTROM, INC.,<br><br>              Defendant. | Case No.:  3:26-cv-02431-CRB<br>MODIFIED<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SURREPLY**<br><br>Hon. Charles R. Breyer |

Having considered Plaintiff's Administrative Motion for Leave to File a Surreply, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.

Plaintiff's Surreply in Opposition to Defendant's Motion to Compel Arbitration, lodged as Exhibit A to the Motion, is deemed filed as of the date of this Order.

Motion to Compel hearing reset to July 10, 2026 at 10:00 a.m. by video conference. Counsel shall register with the courtroom deputy on 7/7/2026.

**IT IS SO ORDERED**.

Dated:   June 16, 2026

_____

Hon. Charles R. Breyer
United States District Judge