SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal Bar No. 168646
JAY T. RAMSEY, Cal Bar No. 273160
KEVIN MURPHY, Cal Bar No. 346041
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067-6055
Telephone:    310.228.3700
Facsimile:     310.228.3701
Email:         ccardon@sheppard.com
               jramsey@sheppard.com
               kemurphy@sheppard.com

*Attorneys for Defendant*
NORDSTROM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA CHENG, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-02431-CRB |
| Plaintiff, | *Hon. Charles R. Breyer* |
| v. | **JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION FROM JULY 10, 2026 TO** ~~**JULY 17, 2026**~~ : MODIFIED ORDER AUGUST 28, 2026 |
| NORDSTROM, INC., | |
| Defendant. | *[Filed concurrently with [Proposed] Order]* |

Pursuant to this Court's standing order, Plaintiff Joanna Cheng ("Plaintiff") and Defendant Nordstrom, Inc. ("Defendant"), through their counsel, stipulate and agree as follows:

WHEREAS, on May 14, 2026, Defendant filed its Motion to Compel Arbitration ("Motion") (ECF No. 14);

WHEREAS, the Motion was set to be heard on June 26, 2026 at 10:00 a.m.;

WHEREAS, on June 16, 2026, the Court reset the hearing on the Motion to July 10, 2026 at 10:00 a.m. (ECF No. 22);

WHEREAS, counsel for Defendant has a conflict on July 10, 2026 and is unable to attend the hearing;

WHEREAS, on June 16, 2026, the parties met and conferred and agreed to request that the Court continue the hearing on the Motion from July 10, 2026 at 10:00 a.m., to July 17, 2026 at 10:00 a.m.;

NOW, THEREFORE, the Parties hereby request that the Court enter an order continuing the hearing on the Motion from July 10, 2026 at 10:00 a.m. to July 17, 2026 at 10:00 a.m.

IT IS SO STIPULATED.

Dated:  June 17, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     _____/s/ Craig Cardon_____
P. CRAIG CARDON
JAY T. RAMSEY
KEVIN MURPHY

*Attorneys for Defendant*
NORDSTROM, INC.

SMRH:4925-0432-9909.2
JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION

Dated:  June 17, 2026

JAVITCH LAW OFFICE

By  _____
        */s/ Mark Javitch*
        MARK JAVITCH

        *Attorneys for Plaintiff*
        JOANNA CHENG

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 17, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  _____
        */s/ Craig Cardon*
        P. CRAIG CARDON

Case No. 3:26-cv-02431

SMRH:4925-0432-9909.2

JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOANNA CHENG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>NORDSTROM, INC.,<br><br>        Defendant. | Case No. 3:26-cv-02431-CRB<br><br>*Hon. Charles R. Breyer*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION FROM JULY 10, 2026 TO JULY 17, 2026** AUGUST 28, 2026 |

-1-

Case No. 3:26-cv-02431

MODIFIED
## [~~PROPOSED~~] ORDER

Having reviewed the Joint Stipulation to Continue Hearing on Motion to Compel Arbitration from July 10, 2026 to July 17, 2026 ("Joint Stipulation"), and finding good cause, the Court hereby GRANTS the Joint Stipulation and orders that the hearing on Defendant's Motion to Compel Arbitration is continued from July 10, 2026 at 10:00 a.m. to ~~July 17, 2026~~ August 28, 2026 at 10:00 a.m. by video conference (Zoom).

IT IS SO ORDERED.

DATED:   June 17        , 2026

_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE

Case No. 3:26-cv-02431

SMRH:4911-7776-0949.1    [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION