P. CRAIG CARDON (SBN 168646)
JAY T. RAMSEY (SBN 273160)
KEVIN MURPHY (SBN 346041)
PAUL HASTINGS LLP
1999 Avenue of The Stars, 26th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
craigcardon@paulhastings.com
jayramsey@paulhastings.com
kevinmurphy@paulhastings.com

Attorneys for Defendant
NORDSTROM, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNA CHENG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC.,<br><br>Defendant. | CASE NO. 3:26-cv-02431-CRB<br><br>*Assigned to the Hon. Charles R. Breyer*<br><br>**~~[PROPOSED]~~ ORDER GRANTING MOTION TO SUBSTITUTE LAW FIRM** |

**[PROPOSED] ORDER**

The substitution of attorneys and firm is hereby approved and so ORDERED.

Dated October 29, 2026

Honorable Charles R. Breyer
United States District Judge